## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| YUNIOR ANDRES GARCIA MONTERO, | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) Case No. CIV-26-708-G |
| | ) |
| SCARLET GRANT, Warden | ) |
| of Cimarron Correctional Facility et al., | ) |
| | ) |
| **Respondents.** | ) |

## ORDER

Petitioner, a citizen of Venezuela proceeding without counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241 ("Petition") challenging his detention by the U.S. Immigration and Customs Enforcement ("ICE").[1] (ECF No. 12). United States District Judge Charles B. Goodwin referred the matter to the undersigned magistrate judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). (ECF No. 8). The undersigned has examined the Petition and now orders as follows:

1. Respondents shall file an answer, motion or other response within fourteen[2] (14) days from this order's date, consistent with Rule 5(b), (d) of the Rules Governing Section 2254 Cases.[3]

---

[1] Petitioner is housed at Cimmaron Correctional Facility in Cushing, Payne County, Oklahoma. *See* ECF No. 12:2.

[2] With the entry of this shortened briefing schedule Petitioner's Emergency Motion to Expedite Pursuant to 28 USC 1657 **(ECF No. 15)** is **GRANTED**. In addition, with the filing of the Amended Petition (ECF No. 12) Petitioner's Motions **(ECF Nos. 3, 4, 5 and 6)** are **TERMINATED**.

[3] "The Rules Governing § 2254 Cases may be applied discretionarily to habeas petitions under § 2241." *Whitmore v. Parker*, 484 F. App'x 227, 231 n.2 (10th Cir. 2012) (citing *Boutwell v. Keating*, 399 F.3d 1203, 1211 n.2 (10th Cir. 2005)); *see also* Rule 1(b).

2.    If Respondents file an answer or other response, Petitioner may file a reply within seven (7) days from the filing date. *See* Rule 5(e) and LCvR7.1(h). Filing of an oversized reply brief without prior leave of Court will result in the striking of the oversized entry.

       or

       If Respondents file a motion, Petitioner shall file a response within fourteen (14) days after the date the motion was filed. If a party does not oppose a motion within 21 days, the Court may, in its discretion, deem the motion confessed. *See* LCvR7.1(g).

3.    If Respondents file a response, they must provide copies specifically discussed within any response they submit, and must include copies specific to Petitioner's current detainment, current bond hearings, related past orders for supervision subject to the current detainment and travel documents secured for this petitioner, if any. Respondents shall not be required to produce Petitioner's entire A-File and Respondent is not required to submit duplicate documentation if already provided by Petitioner.

4.    If applicable, Respondents are ordered to provide the statutory basis for the re-detention/the basis on which the Petitioner's release was revoked— i.e., 8 C.F.R. §§ 241.4 or 241.13, along with applicable and related subsections.

5.    The Court directs the Clerk of Court to send the petition and this order to the United States Attorney for the Western District of Oklahoma on Respondents' behalf at the following address: 210 W. Park Ave., Suite 400, Oklahoma City, Oklahoma 73102

6.    In addition, Respondents shall provide this Court with at least 72 hours advance notice of any scheduled removal or transfer of Petitioner out of this Court's jurisdiction.

**IT IS SO ORDERED** on April 27, 2026.

SHON T. ERWIN
UNITED STATES MAGISTRATE JUDGE